# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00103-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KIRK SIMS,

    Defendant.

___

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm Defendant has **up to and including Wednesday, March 24, 2010** to file his motion to suppress. Government has **up to and including Monday, May 3, 2010** to file a response.

    A further scheduling hearing is set **Thursday, May 6, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: March 11, 2010