IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00103-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    KIRK SIMS,

        Defendant.

---

## ORDER GRANTING GOVERNMENT'S MOTION FOR ARREST WARRANT

---

THIS MATTER, coming to be heard on the Government's motion, under 18 U.S.C. §3148(b), for issuance of an arrest warrant for defendant Kirk Sims on the grounds that this defendant has failed to comply with conditions of the bond release, and this Court, after having the opportunity to review the Government's exhibit, and being otherwise fully advised in the premises, it is hereby

ORDERED that the Government's motion for a warrant is hereby GRANTED. Therefore, a warrant for the arrest of defendant Kirk Sims shall issue FORTHWITH for the purpose of bringing the defendant before this Court for a hearing under 18 U.S.C. §3148(b).

DONE and ORDERED this 6 th day of May, 2010.

/s/ Lewis T. Babcock
LEWIS T. BABCOCK
SENIOR, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO