IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00103-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    KIRK SIMS,

       Defendant.

___

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

     A status/scheduling hearing is set **Thursday, September 2, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  July 19, 2010