IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00103-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    KIRK SIMS,

       Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 38 - filed August 31, 2010), a change of plea hearing regarding Defendant Sims is set **Thursday, September 30, 2010 at 9:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: September 3, 2010