**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00103-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KIRK SIMS,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the sentencing hearing regarding Defendant Sims set **Friday, December 10, 2010 is RESET to 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  December 3, 2010