IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Criminal Action No.   10-cr-00103-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KIRK SIMS,

      Defendant.

## ORDER EXONERATING BOND

      As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

      **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

      **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

      DATED at Denver, Colorado, this 29th day of January, 2013.

      BY THE COURT:

      By: *s/John L. Kane*
          UNITED STATES DISTRICT JUDGE
          DISTRICT OF COLORADO